FILED
FEB 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0497-LAB |
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony) |
| ADOLFO CASTILLO-VALLE, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about January 25, 2008, within the Southern District of California, defendant ADOLFO CASTILLO-VALLE, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 37.58 kilograms (82.676 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: February 21, 2008.

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:Imperial
2/21/08